Case 2:07-cv-00647-MEF-WC   Document 3   Filed 07/17/2007   Page 1 of 1
Case 2:07-cv-01227-VEH   Document 8   Filed 07/17/2007   Page 1 of 1

FILED
2007 Jul-17  AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## Northern District of Alabama
### Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

Sharon N. Harris
Clerk

July 17, 2007

Ms. Debra Hackett, Clerk
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL  36101-0711

                                            Case Number:  2:07-CV-1227-VEH

Dear Ms. Hackett:

      In accordance with the order of this court, the above-entitled civil action is transferred to your court for further litigation.  Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries of the original record on file.  Please acknowledge receipt of this notice.

                                            Sincerely,

                                            SHARON  N. HARRIS CLERK

                                            By: s/ Joseph Colvin
                                                  Deputy Clerk

**SNH:JLC**

Enclosures

xc:    Counsel

TRANSFERRED OUT

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01227-VEH
### Internal Use Only

Alexander v. Boral Brick, Inc. et al  
Assigned to: Judge Virginia Emerson Hopkins  
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 06/29/2007  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Quincy L. Alexander**     represented by  **Quincy L. Alexander**
1507 8th Place South
Phenix City, AL 36869
US
(334)297-1281
PRO SE



V.

**Defendant**

**Boral Brick, Inc.**
*A Corporation*

**Defendant**

**Scott Thompson**
*an agent of Boral Brick, Inc.*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/29/2007 | 1 | COMPLAINT against Boral Brick, Inc., Scott Thompson (Filing fee $ 350.00 receipt # 200 237636) , filed by Quincy L. Alexander.(JLC, ) (Entered: 06/29/2007) |
| 07/02/2007 | 2 | ORDER transferring case to the Middle District of Alabama; original electronic record and certified copy of docket entries will be mailed to Clerk of Court 10 business days from this date. Signed by Judge Virginia Emerson Hopkins on 7/2/2007. (JLC, ) (Entered: 07/02/2007) |
| 07/02/2007 |  | ***Staff notes*** 2 Order Transferring Case sent to Plaintiff via USPS on this the 2nd day of July, 2007. (JLC, ) (Entered: 07/02/2007) |
| 07/17/2007 | 3 | NOTICE OF TRANSFER. (JLC, ) (Entered: 07/17/2007) |