IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY L. ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv647-WHA |
| | ) |
| BORAL BRICK, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is hereby referred to Magistrate Judge Terry F. Moorer for action or recommendation on all pretrial matters.

DONE this 19th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE