IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-00647- |
| ) | WHA-TFM |
| BORAL BRICKS INC. and ) | |
| SCOTT THOMPSON, ) | |
| ) | |
| Defendants. ) | |

## INDIVIDUAL DEFENDANT SCOTT THOMPSON'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Scott Thompson respectfully moves this Court to dismiss with prejudice any and all claims by Plaintiff against him in this action which has been brought pursuant to Title VII of the 1964 Civil Rights Acts, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII") and the Americans With Disabilities Act, 42 U.S.C. §12101 *et seq.* ("ADA"). Because supervisors and individual employees are not liable in their individual capacity under Title VII and the ADA, dismissal with prejudice is appropriate as a matter of law.

WHEREFORE**,** for the reasons stated above, and for the reasons set forth in more detail in this Individual Defendant Scott Thompson's Brief in Support filed contemporaneously and hereby incorporated, this Individual Defendant

respectfully requests that the Court dismiss with prejudice any and all claims against him, and for his attorneys' fees and costs and any other relief deemed appropriate in the premises.

Respectfully submitted,

LATHROP & GAGE L.C.

s/ Jack D. Rowe
Jack D. Rowe          MO#  22996
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri  64108
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001


CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.

s/ Thomas L. Oliver, II
Thomas L. Oliver, II (ASB-3153-r53t)
100 Vestavia Parkway, Suite 200
Birmingham, Alabama  35216

Attorneys for Defendant Boral Bricks Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 27, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama  36869

Plaintiff Pro Se

                                              s/ Thomas L. Oliver, II
                                              OF COUNSEL