IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY L. ALEXANDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CASE NO. 3:07-cv-647-WHA-TFM |
| BORAL BRICK, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon of review of *Individual Defendant Scott Thompson's Motion to Dismiss* and the supporting brief (Docs. 9-10, filed August 27, 2007), it is hereby

**ORDERED** that the motion be submitted without oral argument on **October 1, 2007.**

It is further **ORDERED** that the Plaintiff, Fred Douglas Holmes, file a response which shall include a brief and evidentiary materials on or before **September 24, 2007**. Defendant may file a reply brief on or before **October 1, 2007**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if he fails to file *any* response, the court will

proceed to decide on the merits of Defendant's motion without the benefit of his response.

2. Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in Defendant's favor without any trial.

DONE this 27th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE