IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 29  A 10: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| QUINCY L. ALEXANDER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:07-CV-00647-WHA-TFM |
| BORAL BRICKS INC. and SCOTT THOMPSON, | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE FOR JACK D. ROWE

COME NOW Defendants, Boral Bricks Inc. and Scott Thompson, by and through their counsel, Thomas Oliver, and move this Honorable Court to permit Jack D. Rowe to appear as co-counsel in the above-captioned case for Defendants. In support of this Motion, Defendants present the following facts:

1.   Jack D. Rowe desires to appear as co-counsel in this case with Thomas Oliver, a partner in the law firm of Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C., who is a member of the Alabama Bar and is admitted to practice before this Court.

2.   Jack D. Rowe is a member in the law firm of Lathrop & Gage L.C. Mr. Rowe is admitted to practice law in the State of Missouri. Mr. Rowe is also admitted to the following federal courts: the United States Courts of Appeals for the Third Circuit, the Fifth Circuit, the Seventh Circuit, the Eighth Circuit, the

Tenth Circuit, the Eleventh Circuit, and the District of Columbia Circuit; the United States District Courts for the Western District of Missouri and the District of Kansas; and the United States Supreme Court. Attached to this Motion is a Certificate of Good Standing for Mr. Rowe from the Supreme Court of Missouri.

3. Mr. Rowe is familiar with the Federal Rules of Civil Procedure, Federal Rules of Evidence and the Local Rules of this United States District Court and is fully competent to appear before this Court. Mr. Rowe agrees that he will abide by the ethical standards governing the practice of law in this Court.

4. Mr. Rowe agrees that, unless permitted to withdraw sooner by order of the Court, he will continue to represent Defendants in these proceedings until the final determination thereof, and that with reference to all matters incident to these proceedings, he agrees that he shall be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court, Middle District of Alabama, and the Alabama State Bar in all respects as if he were a regularly admitted and licensed member of the Bar of Alabama in good standing.

5. To the best of Mr. Rowe's knowledge, the Missouri Bar grants like privileges to members of the Bar of Alabama in good standing when appearing in the courts of Missouri.

WHEREFORE, Defendants request an order from this Court specially admitting Jack D. Rowe to serve as co-counsel for the purpose of this litigation.

DATED this 28TH day of August, 2007.

_____
Thomas L. Oliver, II (ASB-3153-r53t)

Attorney for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama  35216
Telephone:  (205) 822-2006
Facsimile:   (205) 822-2057

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served, by first class United States mail, postage prepaid, on the following this 28th day of August, 2007:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama  36869

Plaintiff Pro Se

_____
OF COUNSEL

3

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
) ss.
WESTERN DISTRICT OF MISSOURI )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Jack D. Rowe was duly admitted to practice in said Court on September 20, 1973.

Jack D. Rowe is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on August 30, 2007

Clerk

By *Shelly McDowell*
Shelly McDowell, Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000269
Cashier ID: khaynes
Transaction Date: 08/31/2007
Payer Name: CARR ALLISON PUGH ET AL
-----------------------------------
PRO HOC VICE
 For: JACK D. ROWE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-----------------------------------
CHECK
 Check/Money Order Num: 70889
 Amt Tendered:  $20.00
-----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

M/PHV- JACK D. ROWE
```