IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

QUINCY L. ALEXANDER,      )
                             )
      Plaintiff,       )
                             )
v.                          )
                           )    CASE NO. 3:07-cv-647-WHA-TFM
BORAL BRICK, INC., et al.,   )
                           )
      Defendants.    )

**ORDER**

Upon of review of the *Motion for Admission Pro Hac Vice for Jack D. Rowe* (Doc.

12, filed August 29, 2007), it is hereby

**ORDERED** that the motion is **GRANTED**.

DONE this 4th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE