IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

QUINCY L. ALEXANDER )
_____, )
)
    Plaintiff, )
)
v. ) CASE NO. 3:07-CV-00647-WHA-TFN
)
BORAL BRICKS INC., and SCOTT THOMPSON )
_____, )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Boral Bricks Inc._, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| (SEE ATTACHMENT A) | |

9/10/2007
Date

(Signature)

**Jack D. Rowe**
(Counsel's Name)

Defendants Boral Bricks Inc. and Scott Thompson
Counsel for (print names of all parties)
Lathrop & Gage L.C.
2345 Grand Blvd, Suite 2800, Kansas City, Missouri 64108
Address, City, State Zip Code
816-292-2000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Jack D. Rowe_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __United States mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10th____day of __September_____ 20__07_, to:

Quincy L. Alexander

1507 - 8th Place, South

Phenix City, Alabama  36869

Plaintiff Pro Se


9/10/2007
Date

Signature

## ATTACHMENT A

| Reportable Entity | Relationship to Party |
|---|---|
| Boral Industries Inc. | Parent |
| Boral USA (partnership) | Affiliate |
| Boral Composites Inc. | Affiliate |
| Boral Material Technologies Inc. | Affiliate |
| WAC Holdings Inc. | Affiliate |
| BMT Holdings Inc. | Affiliate |
| Boral Material Technologies of Texas (LP) | Affiliate |
| Dennis Brick Distributors (LP) | Affiliate |
| Savannah Classics LLC | Affiliate |
| Boral Bricks Holdings Inc. | Affiliate |
| Boral Bricks of Texas (LP) | Affiliate |
| Boral Benefits Management Inc. | Affiliate |
| Boral Timber Inc. | Affiliate |
| United States Tile Co. | Affiliate |
| Boral Tile LLC | Affiliate |
| US Tile LLC | Affiliate |
| Boral Lifetile Inc. | Affiliate |
| Monier Lifetile SRL | Affiliate |
| Monier Lifetile LLC | Affiliate |
| Tile Service Company LLC | Affiliate |
| EUM Teja de Concreto | Affiliate |
| Boral Finance Inc. | Affiliate |
| Boral Construction Materials LLC | Affiliate |
| Ready Mixed Concrete Company | Affiliate |
| Sprat-Platte Ranch Co. LLLP | Affiliate |
| Boral Best Block LLC | Affiliate |
| BCM Oklahoma LLC | Affiliate |
| Aggregate Investments LLC | Affiliate |