IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern _____ DIVISION

QUINCY L. ALEXANDER )
_____, )
 )
    Plaintiff, )
 )
v. ) CASE NO. 3:07-CV-00647-WHA-TFN
 )
BORAL BRICKS INC., and SCOTT THOMPSON )
_____, )
 )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Scott Thompson , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✔] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                    **Relationship to Party**

_____     _____
_____     _____
_____     _____

9/10/2007
Date

(Signature)

**Jack D. Rowe**
(Counsel's Name)

Defendants Boral Bricks Inc. and Scott Thompson
Counsel for (print names of all parties)
Lathrop & Gage L.C.
2345 Grand Blvd, Suite 2800, Kansas City, Missouri 64108
Address, City, State Zip Code
816-292-2000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jack D. Rowe_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by United States mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th_____day of September_____ 20 07, to:

Quincy L. Alexander

1507 - 8th Place, South

Phenix City, Alabama 36869

Plaintiff Pro Se

9/10/2007
Date

Signature