IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
| ) | |
| BORAL BRICKS INC. and ) | |
| SCOTT THOMPSON, ) | |
| ) | |
| Defendants. ) | |

**REPLY OF INDIVIDUAL DEFENDANT SCOTT THOMPSON IN FURTHER SUPPORT OF HIS MOTION TO DISMISS**

Per the Court's August 27, 2007 Order, Individual Defendant Scott Thompson submits the following brief reply to Plaintiff's Response to this Defendant's pending Motion to Dismiss, which Response was received electronically from the Court on September 20, 2007.

Plaintiff's response states unverified facts relating to alleged actions while he was employed by Defendant Boral Bricks Inc. in Phenix City, Alabama. While this Defendant disputes those unverified facts, and denies Plaintiff's claims, Plaintiff does not address the merits of this Defendant's pending Motion.

Plaintiff's pro se Complaint alleges liability under federal law (Title VII and ADA) against this Defendant in his individual capacity as an employee of Defendant Boral Bricks Inc.[1] The authorities cited, and this Defendant's argument, in the pending Motion, are conclusive that individuals, such as this Defendant, are not liable under Title VII and the ADA, those statutes upon which Plaintiff's Complaint is premised.

---

[1] Plaintiff's Response in essence supports this Defendant's position in that Plaintiff asserts that this Defendant was acting in his employment capacity with Defendant Boral Bricks Inc.

In addition, this Defendant continues to note that he was not named as a respondent in Plaintiff's underlying Charge of Discrimination upon which this action is based, and therefore Plaintiff has also not fulfilled conditions precedent to bringing this action against this Defendant; and, for this additional reason, Plaintiff's action cannot be maintained against this Defendant.

WHEREFORE, for the reasons stated above, and also for those in his pending Motion to Dismiss and Brief in Support of that Motion to Dismiss, Individual Defendant Scott Thompson, respectfully requests that the Court dismiss with prejudice any and all claims against him, with his attorneys' fees and costs, and for such other and further relief deemed appropriate in the premises.

Respectfully submitted,

LATHROP & GAGE L.C.

s/ Jack D. Rowe
Jack D. Rowe    MO# 22996
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.

s/ Thomas L. Oliver, II
Thomas L. Oliver, II
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Attorneys for Individual Defendant Scott Thompson

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2007, the foregoing document was electronically filed with the Court of this Court using the CM/ECF system, and that a copy was served, by first class United States mail, postage prepaid, that same date to:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama  36869

Plaintiff Pro Se

                                                      **s/ Jack D. Rowe**
                                         An Attorney for Individual Defendant Scott Thompson