**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
| ) | |
| BORAL BRICKS INC. and ) | |
| SCOTT THOMPSON, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REPORT TO THE COURT**

Pursuant to the Court's Order of September 20, 2007, Defendants submit the following and attached information, including Defendants' Rule 26(F) Report of the Parties' Planning Meeting (attached hereto as Exhibit B).

Anticipating the Court's Order, counsel for Defendants contacted pro se Plaintiff, and on September 4, 2007, counsel for Defendants and pro se Plaintiff had a telephone conversation regarding scheduling. Following that telephone conversation, counsel for Defendants corresponded with Plaintiff pro se by letter dated September 4, 2007 and forwarded a draft of a Rule 26(F) Report of the Parties' Planning Meeting, with dates that had been discussed. A copy of that correspondence is attached hereto as Exhibit A. Counsel for Defendants has not heard further from Plaintiff pro se regarding the draft, and accordingly Defendants submit Defendants' Rule 26(F) Report of the Parties Planning Meeting (attached hereto as Exhibit B) for the Court's consideration; Exhibit B reads as the draft forwarded to Plaintiff pro se on September 4, 2007, with the exception that the date for disclosures has been changed to October 31, 2007.

Submitted this 19th day of October, 2007.

Respectfully submitted,

LATHROP & GAGE L.C.

      s/ Jack D. Rowe
Jack D. Rowe      MO# 22996
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2001


CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.

      s/ Thomas L. Oliver, II
Thomas L. Oliver, II
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2007, the foregoing document, with Exhibits A and B, was electronically filed with the Court of this Court using the CM/ECF system, and that a copy was served, by first class United States mail, postage prepaid, that same date to:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama 36869

Plaintiff Pro Se

      s/ Jack D. Rowe
An Attorney for Defendants



JACK D. ROWE
(816) 460-5607
EMAIL: JROWE@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

2345 GRAND BOULEVARD
SUITE 2800
KANSAS CITY, MISSOURI 64108-2684
(816) 292-2000, FAX (816) 292-2001

September 4, 2007

Mr. Quincy Alexander
1507 8th Place South
Phenix City, AL 36869

     Re:   *Quincy Alexander v. Boral Bricks Inc. and Scott Thompson*
            United States District Court, Middle District of Alabama, Civil Action No.
            3: 07CV-00647-WHA-TFM

Dear Mr. Alexander:

     Per our telephone conversation today, September 4, 2007, I enclose a draft of a Rule 26(F) Report of the Parties Planning Meeting, with dates we discussed. If this Report meets with your approval could you please sign it and mail back to me (for your convenience I have enclosed a stamped, self-addressed return envelope) and I will then file it with the Court and will send you another copy at that time. Thank you for your cooperation. I would like to schedule your deposition in this matter in the near future, and please call me to discuss a date in that regard.

                                      Very truly yours,

                                      LATHROP & GAGE L.C.

                                      Jack D. Rowe
                                      Attorney for Defendants

JDR:cc
Enclosure

    cc:    Thomas L. Oliver, II
            w/enclosure

**EXHIBIT A**

Change Your Expectations.

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C. • NEW YORK • DENVER • CLAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER,              ) | |
|                                   ) | |
|         Plaintiff,                ) | |
|                                   ) | |
| v.                                ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
|                                   ) | |
| BORAL BRICKS INC. and             ) | |
| SCOTT THOMPSON,                   ) | |
|                                   ) | |
|         Defendants.               ) | |

## RULE 26(F) REPORT OF THE PARTIES PLANNING MEETING

1. **Appearances**:

   Pursuant to Fed. R. Civ. P. 26(f), a meeting of the Parties' representatives was held on September 4, 2007, by telephone conference.

   a. Appearing on behalf of Plaintiff: Plaintiff Pro Se Quincy Alexander, 1507 – 8th Place, South, Phenix City, Alabama 36869.

   b. Appearing on behalf of Defendants: Jack D. Rowe, Lathrop & Gage L.C., 2345 Grand Blvd, Suite 2800, Kansas City, Missouri 64108.

2. **Pre-discovery disclosure**: The parties shall exchange the information required by Federal Rule of Civil Procedure 26(a)(1) by **October 1, 2007**.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects:

   All facts and allegations raised by Plaintiff in his Complaint and all facts and issues raised by Defendants in their responsive pleadings.

   All discovery commenced in time to be completed by **May 4, 2008**.

   Maximum of **40** interrogatories by each party to any other party. Responses due 30 days after service.

   Maximum of **40** requests for production by each party to any other party. Responses due 30 days after service.

Maximum of **40** requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of **5** depositions by Plaintiff and **5** depositions by Defendants, without order of the Court. Each deposition is limited to a maximum of **7** hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:

>from Plaintiffs by **February 1, 2008**
>from Defendant by **March 7, 2008**

Supplements under Rule 26(e) are due thirty (30) days before the close of discovery, or as soon as practicable after discovery of the need for supplementation

4. **Other items**.

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

The parties request a pre-trial conference in **September 2008**.

Plaintiff should be allowed until **December 14, 2007** to join additional parties and to amend the pleadings.

Defendants should be allowed until **January 18, 2008** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **August 24, 2008**.

Settlement cannot be realistically evaluated prior to some limited discovery.

Final lists of trial evidence under Rule 26(a)(3) should be due:

>from Plaintiffs: witnesses and exhibit list exchanged **thirty (30) days prior to trial**.
>from Defendant: witnesses and exhibit list exchanged **thirty (30) days prior to trial**.

Parties should have **14 days** after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The parties request this case be set for trial **after** October 1, 2008. The trial of this case will take approximately five (5) days.

Respectfully submitted,

LATHROP & GAGE L.C.

| | |
|---|---|
| Quincy L. Alexander<br>Plaintiff Pro Se<br>1507 – 8th Place, South<br>Phenix City, Alabama 36869 | Jack D. Rowe        MO# 22996<br>2345 Grand Boulevard, Suite 2800<br>Kansas City, Missouri 64108<br>Telephone: (816) 292-2000<br>Telecopier: (816) 292-2001 |

CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON, P.C.

Thomas L. Oliver, II
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served, by first class United States mail, postage prepaid, on the following this ___ day of _____, 2007:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama 36869

Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| QUINCY L. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
| | ) | |
| BORAL BRICKS INC. and | ) | |
| SCOTT THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RULE 26(F) REPORT OF THE PARTIES PLANNING MEETING**

1. **Appearances**:

    Pursuant to Fed. R. Civ. P. 26(f), a meeting of the Parties' representatives was held on September 4, 2007, by telephone conference.

    a.  Appearing on behalf of Plaintiff: Plaintiff Pro Se Quincy Alexander, 1507 – 8th Place, South, Phenix City, Alabama 36869.

    b.  Appearing on behalf of Defendants: Jack D. Rowe, Lathrop & Gage L.C., 2345 Grand Blvd, Suite 2800, Kansas City, Missouri 64108.

2. **Pre-discovery disclosure**: The parties shall exchange the information required by Federal Rule of Civil Procedure 26(a)(1) by **October 31, 2007**.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:

    All facts and allegations raised by Plaintiff in his Complaint and all facts and issues raised by Defendants in their responsive pleadings.

    All discovery commenced in time to be completed by **May 4, 2008**.

    Maximum of **40** interrogatories by each party to any other party. Responses due 30 days after service.

    Maximum of **40** requests for production by each party to any other party. Responses due 30 days after service.

**EXHIBIT B**

Maximum of **40** requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of **5** depositions by Plaintiff and **5** depositions by Defendants, without order of the Court. Each deposition is limited to a maximum of **7** hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:

>from Plaintiffs by **February 1, 2008**
>from Defendant by **March 7, 2008**

Supplements under Rule 26(e) are due thirty (30) days before the close of discovery, or as soon as practicable after discovery of the need for supplementation

4. **Other items**.

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

The parties request a pre-trial conference in **September 2008**.

Plaintiff should be allowed until **December 14, 2007** to join additional parties and to amend the pleadings.

Defendants should be allowed until **January 18, 2008** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **August 24, 2008**.

Settlement cannot be realistically evaluated prior to some limited discovery.

Final lists of trial evidence under Rule 26(a)(3) should be due:

>from Plaintiffs: witnesses and exhibit list exchanged **thirty (30) days prior to trial**.
>from Defendant: witnesses and exhibit list exchanged **thirty (30) days prior to trial**.

Parties should have **14 days** after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The parties request this case be set for trial **after** October 1, 2008. The trial of this case will take approximately five (5) days.

       Respectfully submitted,

       LATHROP & GAGE L.C.

       _/s/ Jack D. Rowe_
       Jack D. Rowe    MO# 22996
       2345 Grand Boulevard, Suite 2800
       Kansas City, Missouri 64108
       Telephone: (816) 292-2000
       Telecopier: (816) 292-2001

       CARR, ALLISON, PUGH, HOWARD,
       OLIVER & SISSON, P.C.

       _/s/ Thomas L. Oliver, II by JDR_
       Thomas L. Oliver, II
       100 Vestavia Parkway, Suite 200
       Birmingham, Alabama 35216

       Attorneys for Defendants

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing was served, by first class United States mail, postage prepaid, on the following this _19th_ day of _October_, 2007:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama 36869

Plaintiff Pro Se

3