IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QUINCY L. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 3:07-cv-647-WHA-TFM |
| BORAL BRICK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 4), it is

**ORDERED** that the parties shall convene for a telephonic Scheduling Conference on **November 7, 2007 at 10:00 a.m.**  The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney.  Defense counsel shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.  The parties should be prepared to discuss the Rule 26(f) Report and the scheduling of deadlines in this case.

DONE this 23rd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE