IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

QUINCY L. ALEXANDER            )
                               )
        Plaintiff,             )
                               )
v.                             )  Civil Action No. 3:07-CV-00647-WHA-TFM
                               )
BORAL BRICKS INC. and          )
SCOTT THOMPSON,                )
                               )
        Defendants,            )

Defendant

    I, Quincy Lorenzo Alexander, was employed at Boral Bricks in Phenix City, Alabama from June 19th 1997 (25 days after probation period) to Feb 24th 2006. My job title was Lead Person but I worked as Shapes Manager/Supervisor in the Special Shapes Department. Early November of 2004 we were told by Scott Thompson (Assistant Plant Manager) that the plant was shutting down and there were people who were going to be bumped of their jobs. Scott said that the Shapes Department was not shutting down but people with seniority will take jobs of other with less seniority.

    At the time, I had 7years and 5 months with no one knowing the job besides Clyde Davis whom I trained and was my assistant at the same pay rate but had more seniority, and Angie Curly who had less than 5yrs at that particular time in which she wasn't working in the department.

On week ending Nov 14, 2004 Personnel Manager David Hay (Boral Bricks), told me that I was going to be bumped of my job by Scott. **(WHY WOULD AN ASSISTANT PLANT MANAGER TAKE A LEAD PERSON JOB)** It wasn't a lead person's job. It

<u>was a Supervisor's/ Manager's position.</u> David stated that there were 6 permanent and 2 temporary positions available in which the 6 were stacking jobs and the 2 were Shape positions at others plants. I end up with one of the temporary positions. David told me taking this position will decrease my pay from 13.40 to 10.72 an hour.

  Meeting with David by seniority meant that I would meet with him before Angie Curly and Robert Thompson who I was senior to. If that was the case and those were the only jobs left when I met with him, then why did both of those people (white) stay at the plant? Why weren't those positions offered to me? There were people in my department that were bumped of their jobs by others who knew nothing about the position and had to be trained by other people that were still there with experience. I asked David about this and he said that Angie was working as Scott's assistant and Robert was in the sample department. Why wasn't I offered these positions? (I never got an answer for Robert) and he told me that Angie was doing administrative work and reports for Scott. (But I was senior to her)

  I worked at plant 3 in one of the temporary position at the pay rate of 10.72 from Nov 23rd 2004 to March 2005. I came back as Clyde's assistant but wasn't paid equal pay! I inquired about this to Scott Thompson and he assured me that I would get back to my old pay rate of 13.40 but it could be about a couple of weeks before I see it on my check. That never happened! I went to the Plant Manager Steve Markovich and he said that it wasn't a good idea for my pay to be changed. Afterwards, I went to David Hay and he said he didn't know I was back at that plant. He also suggested that I go back to Scott and inquire about it in which I did and nothing happened.

After the months had passed, Scott came and said that there was going to be another lay off because the product just wasn't selling. He said that there was one position open at another plant and as before seniority would have first bid for the job. Kenneth Davis got that position and I was laid off. After I was laid off, Angie Curly came to that plant which she was working at plant 3 at the time and started working in my position. Robert Thompson was also laid off this time but was offered Angie's old position before being laid off. Why wasn't I offered that position? I was senior over Robert. Why did Angie work in my position now? Scott said the product was not selling so he had to let people go.

Robert Thompson said that after the lay off David Hay called him back to work. Why didn't he call me? I was senior to Robert.

There were times on the job when I was in pain because of my military injuries and Scott stated if I couldn't walk around then go home. We didn't need workers who couldn't do their job. I never had a moment where as I didn't or couldn't do my job, however there were maintenance men who rode on golf carts in and around the plant.

I am seeking compensation for loss and damages.