**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 8, 2007

# NOTICE OF DEFICIENCY

**To:    Quincy L. Alexander**

**From:    Clerk's Office**

**Case Style: Quincy L. Alexander vs. Boral Brick, Inc., et al**
**Case Number: 3:07cv647-WHA**

**Referenced Pleading: Objections to Report and Recommendation (Doc.# 22 & 25)**

**The referenced pleading filed on 11/8/07 does not contains a signature nor a Certificate of Service page.**

**The listed deficiencies must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by conventional means a signature page that contains your original signature and a Certificate of Service page that states that you have mailed a copy of the referenced pleading to other parties involved.**