IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
| ) | |
| BORAL BRICKS INC. and ) | |
| SCOTT THOMPSON, ) | |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendants, I Quincy L Alexander in the above-captioned matter, and in accordance with the order of this court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: There are no entities to be reported, or there are no conflict of interests.

December 3, 2007
Date

Quincy L. Alexander
1507 8th Pl So
Phenix City, Al 36869
(334) 297-1281

Quincy L. Alexander
1507 8th Pl. SO
Phenix City, AL. 36869

MONTGOMERY AL 361
03 DEC 2007 PM 1 T



Janice Darby
US Dist Court/Clerk's Office
One Church Street, B-110
Montgomery, AL 36104