**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 5, 2007

# NOTICE OF DEFICIENCY

**To:**            **Quincy L. Alexander**
                   **1507 8th Place South**
                   **Phenix City, AL 36869**

**From:**          **Clerk's Office**

**Case Style:**    **Quincy L. Alexander v. Boral Brick, Inc., et al.**

**Case Number:**   **#3:07-cv-00647-WHA**

**Referenced Pleading:**  **Document #28**
                          **Conflict Disclosure Statement**

**The above referenced pleading contains no certificate of service.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by CONVENTIONAL means a certificate of service of the referenced document containing your original signature.**