IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY L. ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv647-WHA |
| | ) |
| BORAL BRICK, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Report and Recommendation of the Magistrate Judge (Doc. #22) entered on October 26, 2007.

On November 8, 2007, the Plaintiff filed a document with the court (Doc. #25), which was not signed and did not contain a Certificate of Service. Even considering that document as a properly-filed and served Objection, on a *de novo* review the court finds it to be without merit. Therefore, any objection is overruled, the court adopts the Report and Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Defendant Scott Thompson's Motion to Dismiss (Doc. #9) is GRANTED as to Plaintiff's Title VII and Americans with Disabilities Acts claims, and those claims against Defendant Scott Thompson are DISMISSED with prejudice.

2. Defendant Scott Thompson's Motion to Dismiss (Doc. #9) is DENIED as to Plaintiff's claims under 42 U.S.C. § 1981.

3. Plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED with prejudice.

    4.  This case will proceed against Boral Brick, Inc. on all claims except Plaintiff's claims under 42 U.S.C. § 1983, and against Scott Thompson in his individual capacity on Plaintiff's § 1981 claim only.

    5.  This case is returned to the Magistrate Judge for further proceedings.

DONE this 5th day of December, 2007.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE