IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_Quincy L. Alexander_, )
    Plaintiff,    )
            )    2007 DEC 13  A 10:05
v.          )    CASE NO. 3:07-CV-00647-WHA-TFM
            )
_Boral Bricks Inc_    )
            )
    Defendants,    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Defendants_, a _Quincy L Alexander_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**

_____        _____

_____        _____

_____        _____


_12 Dec 07_            _[signature]_
Date                (Signature)

                _Quincy L Alexander_
                (Counsel's Name)

                _Quincy L Alexander_
                Counsel for (print names of all parties)
                _1507 8th Pl. So_
                _Phenix City, AL 36869_
                Address, City, State Zip Code
                _(334) 297-1281_
                Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Quincy L. Alexander_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _12th_ day of _Dec_ 20_07_, to:

Jack Rowe
Lathrop + Gage L.C.
2345 Grand Blvd
Kansas City, Mo 64108-2684
Defendant; Lawyer for defendant

_12 Dec 07_
Date

_[signature]_
Signature

Tony L Alexander
1507 9th Pl So
Phenix City, AL. 36869



MONTGOMERY AL 361
12 DEC 2007 PM 1 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101+0711