IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

QUINCY L. ALEXANDER )
 )
Plaintiff, )
 )
v. ) Civil Action No. 3:07-CV-00647-WHA-TFM
 )
BORAL BRICKS INC. and )
SCOTT THOMPSON, )
 )
Defendants, )

### MOTION TO AMEND

I Quincy L. Alexander motion to amend plea previously file with the court on the December 14th. (Amendment Plea)

December 27, 2007
DATE

Quincy L Alexander
1507 8th PL SO
Phenix City, AL 36869
(334) 297-1281

## CERTIFICATE OF SEVICE

I Quincy L Alexander do hereby certify that a copy of this document has been sent to the following ( U.S. Mail) on this **27**[th] day of **December 2007** to:

**Defendant: Lawyer for Defendant**
**Jack Rowe**
**Lathrop & Gage L.C.**
**2345 Grand Blvd.**
**Kansas City, MO 64108-2684**

**December 27, 2007**
     Date

*[signature]*

**Quincy L Alexander**
**1507 8**[th] **PL So**
**Phenix City, Al 36869**
**334-297-1281**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-CV-00647-WHA-TFM |
| | ) |
| BORAL BRICKS INC. and | ) |
| SCOTT THOMPSON, | ) |
| | ) |
| Defendants, | ) |

### Amendment

I Quincy L Alexander am amending my plea by adding the amounts of the Law Suit in which I am suing Boral Bricks.

1. $500,000 for racial discrimination.
2. $85,000 for pay in which I lost over a period of 4 yrs.
3. $250,000 for pain and suffering.
4. $500,000 for discrimination of Americans with Disabilities Act.
5. All court cost and fees.

December 20, 2007
Date

Quincy L Alexander
1507 8th PL So
Phenix City, Al. 36869
334-297-1281

SCANNED

## CERTIFICATE OF SEVICE

I Quincy L Alexander do hereby certify that a copy of this document has been sent to the following ( U.S. Mail) on this **20**[th] day of **December 2007** to:

**Defendant: Lawyer for Defendant**
**Jack Rowe**
**Lathrop & Gage L.C.**
**2345 Grand Blvd.**
**Kansas City, MO 64108-2684**

**December 20, 2007**
Date

Quincy L Alexander
1507 8th PL So
Phenix City, Al 36869
334-297-1281