IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:07-cv-647-WHA-TFM |
| BORAL BRICK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion to Amend* (Doc. 33, filed December 28, 2007) and the attached amendment requested. For good cause, the *Motion to Amend* (Doc. 33) is **DENIED** without prejudice to reassert.

Plaintiff's deadline to file any amended pleadings was December 14, 2007. *See* Doc. 24, Scheduling Order § 2. As such, Plaintiff must, in a motion to amend, include a detailed explanation providing good cause for the amendment as well as why the request falls outside of the deadline. Plaintiff was told of the importance of compliance with Court deadlines at the Scheduling Conference on November 7, 2007.

Further, Plaintiff must comply with the Local Rules of the Middle District of Alabama. Thus, any proposed Amended Complaint must comply with the requirements of Local Rule 15.1. The local rules are available at http://www.almd.uscourts.gov/

DONE this 7th day of January, 2008.

                                                                /s/Terry F. Moorer
                                                                TERRY F. MOORER
                                                                UNITED STATES MAGISTRATE JUDGE