IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY L. ALEXANDER,        ) | |
|                             ) | |
|     Plaintiff,              ) | |
|                             ) | |
| v.                          ) | |
|                             ) | CASE NO. 3:07-cv-647-WHA-TFM |
| BORAL BRICK, INC., et al.,  ) | |
|                             ) | |
|     Defendants.             ) | |

### ORDER

Upon of review of *Defendants' Motion for Summary Judgment* and the supporting documentation (Docs. 35-37, filed July 10, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **August 8, 2008.**

It is further **ORDERED** that Plaintiff file a response which shall include a brief and evidentiary materials on or before **August 1, 2008**. Defendants may file a reply brief on or before **August 8, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 11th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE