IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

QUINCY L. ALEXANDER )
)
Plaintiff, )
)
v. ) Civil Action No. 3:07-CV-00647-WHA-TFM
)
BORAL BRICKS INC. and )
SCOTT THOMPSON, )
)
Defendants, )

**MOTION TO AMEND SUMMARY JUDGEMENT**

I, Quincy L. Alexander, Pro se, motion to amend the claims made against Defendant Boral Bricks and Defendant Scott Thompson for the following reason; I have evidence and witnesses to support my claims made against Boral Bricks and Scott Thompson. I have witnesses who will state the fact that under Title VII of the Civil Rights Act of 1964, that he, a white male with less seniority, was offered a job to whom Angie Curly was working in at the time of my termination in which she would fill my Current position and he would fill her current job. That job was never posted and I in fact was never interviewed for it. I have witnesses that would support my claim charged against Defendant under The Americans With Disabilities Act. Mr Thompson made statements about if I couldn't weather disabled or not do a task then I can go home (Cross that Railroad). There were maintenance persons along with other supervisors and Angie Curly who weren't disabled that were accommodated with golf carts to travel throughout the plant. There were no parking for me as a disabled veteran. I also have evidence to support my claim for Equal Pay Act. I was the only hourly to attend the First Line

Supervisor Course. I was ask by the instructor of the class why was I not a salary employee. Everyone there was in fact in management and was salary employees. I went to Boral's EEOC that same day because that was part of the training and he told me that I probably could make more money with over time and that I shouldn't worry about it. I was working in a supervisor/ management position and according to Boral's rule book if you're working in a position more than 3 hours and that job pays more than your current rate then you will make that rate and if job you're working in pays less then you would keep your current rate of pay. I was working in a supervisor/management position for years and wasn't getting the pay. Witnesses would testify to all the charges that I've filed against Defendants Boral Bricks and Scott Thompson.

Respectfully submitted,

Quincy L. Alexander, Plaintiff pro se

*[signature]*

Quincy L. Alexander
1507 8th Pl So
Phenix City, Al 36869
Telephone 334-297-1281
Telephone 706-566-4540
Fax 334-297-1281

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2008, the foregoing pleading was served, by First Class United States mail, postage prepaid, that same date to:

Jack D. Rowe
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108

Attorney for Defendant

*[signature]*
Quincy L. Alexander
Plaintiff Pro Se

Case 3:07-cv-00647-WHA-TFM    Document 39    Filed 07/17/2008    Page 4 of 5

Quincy L. Alexander
1507 8th Pl. So
Phenix City, AL 36869

MONTGOMERY AL 361
16 JUL 2008 PM 4 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711

