IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:07-CV-00647-WHA-TFM |
| BORAL BRICKS INC. and SCOTT THOMPSON, | ) |
| Defendants. | ) |

## NOTICE OF PARTIES FACE-TO-FACE SETTLEMENT CONFERENCE

The parties came together for a face-to-face settlement conference on July 21, 2008 in Phenix City, Alabama. The parties discussed the facts and their settlement positions but were not able to come to a resolution. The parties also discussed mediation. It is the opinion of the defense counsel that such a session would not be beneficial to the resolution of the case.

Respectfully submitted,
LATHROP & GAGE L.C.

s/ Jack D. Rowe
Jack D. Rowe      MO# 22996
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.

s/ Thomas L. Oliver, II
Thomas L. Oliver, II (ASB-3153-r53t)
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Attorneys for Defendant Boral Bricks Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama  36869

Plaintiff Pro Se

                                        s/ Thomas L. Oliver, II
                                        OF COUNSEL