IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:07-cv-647-WHA-TFM |
| BORAL BRICK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Clerk is **DIRECTED** to construe the "Motion to Amend Summary Judgment" (Doc. 39, filed July 17, 2008) as a "Response to Motion for Summary Judgment."

DONE this 21st day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE