IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
| ) | |
| BORAL BRICKS INC. and ) | |
| SCOTT THOMPSON, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S "REPLY BRIEF"**

Defendant Boral Bricks Inc. and Defendant Scott Thompson (hereinafter collectively referred to as "Defendants") respectfully request the Court to strike "Plaintiff's Reply Brief in Further Support of Plaintiff's Motion to Proceed," (Doc. No. 42) received by counsel for Defendants on August 21, 2008. In support of this motion, Defendants state as follows:

Per the Scheduling Order entered in this cause on November 7, 2007, Defendants timely moved for summary judgment (with evidence) as to all of Plaintiff's claims on July 10, 2008. Shortly thereafter on July 11, 2008, this Court issued an Order setting the deadline for Plaintiff's response (with evidence) on August 1, 2008, and Defendants' reply on August 8, 2008. *See* Doc. No. 38. This Order further provided that Defendants' motion would be considered as submitted on August 8, 2008. *Id.* On July 17, 2008, Plaintiff filed a "Motion to Amend Summary Judgment," which the Court has construed as Plaintiff's response to Defendants' summary judgment motion. *See* Doc. No. 43. Finally, Defendants timely submitted their reply brief in further support of their motion for summary judgment on August 7, 2008.

Defendants' present motion stems from Plaintiff's most-recent filing, titled "Reply Brief in Further Support of Plaintiff's Motion to Proceed," which Defendants received on August 21, 2008, and which the Court's docket reflects as No. 42. Plaintiff's filing has been entered on the docket as a "sur-reply" regarding Defendants' motion for summary judgment, and Defendants request that it be stricken. As described above, the Court's July 11, 2008 Order set forth the parties' mandatory briefing schedule, and Plaintiff's "sur-reply" is not authorized by that Order. The parties in this matter are also required to comply with the Court's Guidelines on Dispositive Motions, which do not provide Plaintiff a "sur-reply." *See* Doc. No. 24. Plaintiff has already responded to Defendants' motion for summary judgment, Defendants timely replied, and the briefing is closed. Further, Plaintiff did not seek leave of Court before filing this unauthorized pleading.

The Court considered Defendants' motion for summary judgment finally submitted on August 8, 2008, which coincided with the close of discovery for the same date. Pursuant to the November 7, 2007 Scheduling Order in this matter, "[a]ll parties are expected to comply with each and every provision of this order in a timely manner…." Doc. No. 24. Plaintiff's "sur-reply" – filed nearly two weeks after the close of discovery and the close of briefing on the summary judgment matter – is untimely and a violation of the November 7, 2007 Scheduling Order and the Court's July 11, 2008 Order. Furthermore, Plaintiff was cautioned in the November 7, 2007 scheduling conference with the Court that although proceeding *pro se*, he was required to adhere to the Scheduling Order and other court rules and Orders, just as all other parties are so required.

For these reasons, Defendants' respectfully request the Court strike Plaintiff's "Reply Brief in Further Support of Plaintiff's Motion to Proceed," and for such other relief as the Court deems proper under the premises.

Respectfully submitted,

LATHROP & GAGE L.C.

 /s/ Jack D. Rowe
Jack D. Rowe                    MO#  22996
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri  64108
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001


CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.


 /s/ Thomas L. Oliver, II
Thomas L. Oliver, II
100 Vestavia Parkway, Suite 200
Birmingham, Alabama  35216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2008, the foregoing pleading was served, by Certified and First Class United States mail, postage prepaid, that same date to:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama  36869

Plaintiff Pro Se

 /s/ Jack D. Rowe
An Attorney for Defendants