IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

QUINCY L. ALEXANDER )
)
Plaintiff, )
)
v. ) Civil Action No. 3:07-CV-00647-WHA-TFM
)
BORAL BRICKS INC. and )
SCOTT THOMPSON, )
)
Defendants, )

**PLAINTIFF'S BRIEF RESPONSE TO DEFENDANTS' MOTION TO STRIKE**

I, Quincy L. Alexander, Pro se, am responding to "Defendants' Motion To Strike" in brief. I sent recent information on behalf of defendants claims to my not identifying the white male in which I sent evidence showing that it was sent before in which the white male was Robert (Robbie) Thompson to whom I sent as a witness to defendants. Defendants also questioned my disability in which I provided medical records to let them see my the evidence of my disability. Defendants also addressed that Ms Curly was kept in the company because of her ability to work in various jobs with Boral but stated the same about me at the bottom of pg 6 of their "Motion for Summary Judgment." I was simply responding to Defendants' questions and now they don't want to allow my response. I had previously sent this information about my witness, (Robbie Thompson) to Defendants and him being the white male that defendants said I didn't identify. This is why I motioned to proceed with this case. I don't know all the terms the court uses but I know right from wrong and I feel that Boral treated me dishonorably.

Respectfully submitted,

Quincy L. Alexander, Plaintiff, pro se

*[signature]*

Quincy L. Alexander
1507 8th Pl So
Phenix City, Al 36869
Telephone: (334)297-11281
Fax:334) 297-1281

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of Aug, 2008, the foregoing pleading was served, by First Class United States mail, postage prepaid, that same date to:

Jack D. Rowe
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108

Attorney for Defendant

*[signature]*

Quincy L. Alexander
Plaintiff Pro Se