IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| QUINCY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-00647-WHA-TFM |
| ) | |
| BORAL BRICKS INC. and ) | |
| SCOTT THOMPSON, ) | |
| ) | |
| Defendants. ) | |

**REPLY BRIEF IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S "SUR-REPLY"**

Plaintiff Quincy Alexander's response to Defendants' Motion to Strike does nothing more than bolster the conclusion that Plaintiff's "sur-reply" should be stricken. In his response, Plaintiff fails to counter Defendants' Motion to Strike or address the merits as to why his unauthorized "sur-reply" should be considered by this Court in ruling on Defendants' motion for summary judgment. Instead, Plaintiff continues to recite the same unsupported assertions as stated in his "sur-reply."

Plaintiff initially responded to Defendants' summary judgment motion, Defendants timely replied, and the briefing is closed pursuant to the Court's Scheduling Order. Plaintiff has failed to establish why he should be allowed to further respond outside of the Court's briefing schedule. As set forth in Defendants' Motion to Strike, Plaintiff's "sur-reply" is untimely and beyond the Court's Scheduling Order, and should therefore be stricken.

For these reasons as well as those in their Motion to Strike, Defendants respectfully request the Court to strike Plaintiff's "Reply Brief in Further Support of Plaintiff's Motion to Proceed," and for such other relief as the Court deems proper under the premises.

Respectfully submitted,

LATHROP & GAGE L.C.


 /s/ Jack D. Rowe
Jack D. Rowe                MO# 22996
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri  64108
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001


CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.


 /s/ Thomas L. Oliver, II
Thomas L. Oliver, II
100 Vestavia Parkway, Suite 200
Birmingham, Alabama  35216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2008, the foregoing pleading was served, by Certified and First Class United States mail, postage prepaid, that same date to:

Quincy L. Alexander
1507 – 8th Place, South
Phenix City, Alabama  36869

Plaintiff Pro Se


 /s/ Jack D. Rowe
An Attorney for Defendants

2